■ CAROL L. MARINO, Respondent, v METHODIST HOSPITAL OF BROOKLYN et al., Defendants, and JOHN J. SPERANDEO, Appellant.—Appeal by the defendant John J. Sperandeo from an order of the Supreme Court, Kings County (Bellard, J.), dated August 15, 1990.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Bellard at the Supreme Court. Thompson, J. P., Lawrence, Miller and Santucci, JJ., concur.